UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN WENDY WHITTLE,<br><br>                           Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commission of Social Security,<br><br>                           Defendant. | Case No.: 20cv1452-NLS<br><br>**ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>**[ECF Nos. 29, 30]** |

Before the Court is the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) and no costs under 28 U.S.C. § 1920. ECF Nos. 29, 30. Plaintiff seeks an award of attorney's fees and expenses of $8,750.00 under the EAJA. ECF No. 30 at 1. Having reviewed the joint motion, and good cause appearing, the Court **GRANTS** the request. The Court awards Plaintiff $8,750.00 in attorney's fees under the EAJA subject to the terms discussed in the joint stipulation.

**IT IS SO ORDERED.**

Dated:  July 22, 2022

_____
Hon. Nita L. Stormes
United States Magistrate Judge