UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN WENDY W., <br><br>            Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security,[1] <br><br>            Defendant. | Case No.:  20-cv-1452-DDL <br><br> **ORDER REQUIRING RESPONSE TO MOTION FOR AUTHORIZATION OF ATTORNEY'S FEES** |

On December 30, 2023, Josephine Gerrard ("Counsel"), counsel for Plaintiff Dawn Wendy W., moved the Court to award attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $27,821 (the "Motion"). Dkt. No. 32.  The Court hereby **ORDERS** that:

By not later than **February 2, 2024**, Counsel must confirm that Plaintiff is aware of Counsel's fee request, and, if Plaintiff desires to be heard regarding the Motion, shall concurrently file Plaintiff's statement.

By not later than **February 2, 2024**, the Commissioner must respond to the Motion, or advise the Court that he takes no position on Counsel's fee request.  Counsel's reply, if one is necessary, must be filed by not later than **February 9, 2024**.

---

[1]   Commissioner O'Malley is automatically substituted pursuant to Federal Rule of Civil Procedure 25(d).

1

Absent further order of the Court, the undersigned will take the Motion under submission without oral argument as of February 9, 2024, and issue an order in due course. *See* CivLR 7.1.d.1.

**IT IS SO ORDERED.**

Dated: January 24, 2024

_____
Hon. David D. Leshner
United States Magistrate Judge