UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN WENDY W., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security,[1] <br><br> Defendant. | Case No.: 20-cv-1452-DDL <br><br> **ORDER TRANSFERRING CASE** |

The above-captioned case is hereby transferred from the undersigned's calendar to the calendar of the Honorable Daniel E. Butcher, United States Magistrate Judge, for all further proceedings. All deadlines remain as previously set. *See* Dkt. No. 36.

**IT IS SO ORDERED.**

Dated: January 26, 2024

Hon. David D. Leshner
United States Magistrate Judge

---

[1] Commissioner O'Malley is automatically substituted pursuant to Federal Rule of Civil Procedure 25(d).